

# United States District Court
## Eastern District of Missouri
### 111 S. Tenth Street
### St. Louis, Missouri 63102

**E. RICHARD WEBBER**
DISTRICT JUDGE

October 26, 2004

Phone: 314-244-7460

RECEIVED
2004 NOV -2 P 11: 12
FINANCIAL DISCLOSURE OFFICE

Mr. George D. Reynolds
Judicial Conference of the U.S.
  Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

Re:    Calendar Year 2003 Filing

Dear Mr. Reynolds:

      I received your letter of October 8, 2004, concerning my failure to respond to Judge Mary M. Lisi's letter of July 28, 2004. I apologize for not responding to Judge Lisi's letter, but do not recall receiving the letter regarding the discrepencies in my financial disclosure report.

      I have amended my 2003 Financial Disclosure Report and enclose an original and three copies. In addition, I will forward a copy of this letter and a copy of the report to Judge Lisi. Again, I apologize for my failure to respond.



ERW/bab
Enclosures
cc:    Judge Mary M. Lisi, Chair

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Webber, E. Richard* | 2. Court or Organization Eastern District of Missouri | 3. Date of Report 10/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. District Court 111 S. Tenth St., Suite 12 S St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Partner | Eureka Land Company (see VIII) |
| 2.  Co-Administrator (see VIII) | ████ Estate |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 NOV -2 P 11:12 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Webber, E. Richard* | 10/26/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Missouri State Judicial Retirement | $44,149.67 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Rockwood School District - Teacher |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Webber, E. Richard* | 10/26/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank Star One | Mortgage on Condominium | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard* | 10/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Marion County Mutual | A | Interest | J | T | | | | | |
| 2. U.S. Savings Bonds | | None | J | T | | | | | |
| 3. Transamerica (f/k/a Pacific Fidelity Life Ins.) | A | Dividend | J | T | | | | | |
| 4. Life Investers Annuity (2 accounts) | A | Dividend | | | sell | 11/17 | J | A | |
| 5. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 6. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 7. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 8. Jefferson Pilot (formerly, Guarantee Mutual Life) | A | Dividend | J | T | | | | | |
| 9. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 10. Savings Acct U.S. Bank (formerly Firstar) | A | Interest | J | T | | | | | |
| 11. Allianz Life Ins. Co. (2 accounts) | A | Dividend | J | T | | | | | |
| 12. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 13. Investment Co. of America | A | Dividend | J | T | | | | | |
| 14. Kansas City Life Annuity | A | Interest | | | sell | 06/04 | J | A | |
| 15. State Teacher Retirement | D | Interest | L | T | | | | | |
| 16. MO State Deferred Compensation (see VIII) | A | Interest | | | sell | 12/09 | J | A | |
| 17. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 18. Commerce Bank/Savings | A | Interest | J | T | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     = Assessment     T = Cash/Market
   (See C           U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard* | 10/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Putnam Money Market Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Savings Acct. - Gateway Metro Credit Union (X) | A | Interest | J | T | | | | | |
| 21. Pimco Renaissance Class C | A | Dividend | J | T | | | | | |
| 22. Davis N.Y. Class C | A | Dividend | J | T | | | | | |
| 23. Oppenheimer Global Class C | A | Dividend | J | T | | | | | |
| 24. Seligman Small Cap Class C | A | Dividend | J | T | | | | | |
| 25. American Growth Fund | C | Dividend | K | T | | | | | |
| 26. Condominium Lake Ozark, MO | C | Rent | L | T | | | | | |
| 27. Royal Alliance | D | Dividend | K | T | | | | | |
| 28. Federated Kaufmann small cap (see VIII) | | Dividend | J | T | Buy | 09/26 | J | | |
| 29. Federated Kaufmann small cap (see VIII) | | Dividend | J | T | Buy | 09/26 | J | | |
| 30. Lincoln Financial Group (see VIII) | | Dividend | J | T | Buy | 06/04 | J | | |
| 31. Oppenheimer Capital Income Trust | | Dividend | J | T | Buy | 10/03 | J | | |
| 32. Lincoln Financial Group - American Legacy III-1 (see VIII) | | Dividend | J | T | Buy | 12/10 | J | | |
| 33. Lincoln Financial Group - American Legacy III-2 (see VIII) | | Dividend | J | T | Buy | 12/22 | J | | |
| 34. U.S. Bank - CD #1 (see VIII) (X) | A | Interest | J | T | | | | | |
| 35. U.S. Bank - CD #2 (see VIII) (X) | A | Interest | J | T | | | | | |
| 36. U.S. Bank - CD #3 (see VIII) (X) | A | Interest | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard* | 10/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. U.S. Bank - CD #4 (see VIII) (X) | A | Interest | J | T | | | | | |
| 38. U.S. Bank - CD #5 (see VIII) (X) | A | Interest | J | T | | | | | |
| 39. Bank of Kirksville - CD #1 (see VIII) (X) | A | Interest | J | T | | | | | |
| 40. Bank of Kirksville - CD #2 (see VIII) (X) | A | Interest | J | T | | | | | |
| 41. Bank of Kirksville - CD #3 (see VIII) (X) | A | Interest | J | T | | | | | |
| 42. Bank of Kirksville - CD #4 (see VIII) (X) | A | Interest | J | T | | | | | |
| 43. Bank of Kirksville - CD #5 (see VIII) (X) | A | Interest | J | T | | | | | |
| 44. US Gov't Securities Fund - Class A (see VIII) (X) | A | Dividend | K | T | | | | | |
| 45. Hartford Life Fund (see VIII) (X) | A | Dividend | K | T | | | | | |
| 46. American Balanced Fund C (see VIII) (X) | A | Dividend | K | T | | | | | |
| 47. 1/2 interest in real estate (see VIII) (X) | B | Inheritance | M | T | | | | | |
| 48. Distribution from Estate (see VIII) (X) | A | Inheritance | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Personal Information:  Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I:
In 1972, five individuals purchased rought land in Scotland County, Missouri, for a total price of $10,000 ($2,000 each). I have no active business participation in this real estate. I own an individual one-fifth interest in the bank account which has a balance of $2,388.83 as of 12/31/02.

I served as co-executor of the Estate of ▓▓▓▓▓▓▓ who died on February 7, 2003, without a fee. The estate has been closed.

Section VII:
Missouri Deferred Compensation, reported at line 17 in 2002, was a rollover to Federated Kaufmann small cap, line 29, in non-taxable event.

Lincoln Financial Group, reported on line 31. This is a rollover of the Kansas City Life Annuity reported in line 15 in 2002, a non-taxable event.

Lincoln Financial Group - American Legacy III - 1, reported at line 33. This is a rollover of one of the two Life Investor Annuities reported on line 4 in 2002, a non-taxable event.

Lincoln Financial Group - American Legacy III - 2, reported at line 34. This is a rollover of one of the two Life Investor Annuities reported at line 4 in 2002, a non-taxable event.

Lines 35-49 inclusive represent items inherited from ▓▓▓ estate - Date of Death, 02/07/03.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Webber, E. Richard* | 10/26/2004 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date _October 26, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) Webber, E. Richard* | 2. Court or Organization Eastern District of Missouri | 3. Date of Report 5/8/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. District Court 111 S. Tenth St., Suite 12 S St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Partner | Eureka Land Company (see VIII) |
| 2. Co-Administrator (see VIII) | ███████Estate |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED MAY 17 10 53 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Missouri State Judicial Retirement | $44,149.67 |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Rockwood School District - Teacher |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank Star One | Mortgage on Condominium | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard* | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Undivided 1/5 int. | A | Rent | J | R | | | | | |
| 2. U.S. Savings Bonds | | None | J | T | | | | | |
| 3. Transamerica (f/k/a Pacific Fidelity Life Ins.) | A | Dividend | J | T | | | | | |
| 4. Life Investers Annuity (2 accounts) | A | Dividend | J | T | sell | 11/17 | J | A | |
| 5. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 6. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 7. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 8. Jefferson Pilot (formerly, Guarantee Mutual Life) | A | Dividend | J | T | | | | | |
| 9. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 10. Savings Acct U.S. Bank (formerly Firstar) | A | Interest | J | T | | | | | |
| 11. Allianz Life Ins. Co. (2 accounts) | A | Dividend | J | T | | | | | |
| 12. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 13. Investment Co. of America | A | Dividend | J | T | | | | | |
| 14. Kansas City Life Annuity | A | Interest | J | T | sell | 06/04 | J | A | |
| 15. State Teacher Retirement | D | Interest | L | T | | | | | |
| 16. MO State Deferred Compensation (see VIII) | A | Interest | J | T | sell | 12/09 | J | A | |
| 17. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 18. Commerce Bank/Savings | A | Interest | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Webber, E. Richard* | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Putnam Money Market Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Savings Acct. - Gateway Metro Credit Union (X) | A | Interest | J | T | | | | | |
| 21. Pimco Renaissance Class C | A | Dividend | J | T | | | | | |
| 22. Davis N.Y. Class C | A | Dividend | J | T | | | | | |
| 23. Oppenheimer Global Class C | A | Dividend | J | T | | | | | |
| 24. Seligman Small Cap Class C | A | Dividend | J | T | | | | | |
| 25. American Growth Fund | C | Dividend | K | T | | | | | |
| 26. #421 Racquet Club Condominium | C | Rent | L | T | | | | | |
| 27. Royal Alliance | D | Dividend | K | T | | | | | |
| 28. Federated Kaufmann small cap (see VIII) | A | Dividend | J | T | Buy | 09/26 | J | A | |
| Federated Kaufmann small cap (see VIII) | A | Dividend | J | T | Buy | 09/26 | J | A | |
| 30. Lincoln Financial Group (see VIII) | A | Dividend | J | T | Buy | 06/04 | J | A | |
| 31. Oppenheimer Capital Income Trust | A | Dividend | J | T | Buy | 10/03 | J | A | |
| 32. Lincoln Financial Group - American Legacy III-1 (see VIII) | A | Dividend | J | T | Buy | 12/10 | J | A | |
| 33. Lincoln Financial Group - American Legacy III-2 (see VIII) | A | Dividend | J | T | Buy | 12/22 | J | A | |
| 34. U.S. Bank - CD #1 (see VIII) (X) | A | Interest | J | T | | | | | |
| 35. U.S. Bank - CD #2 (see VIII) (X) | A | Interest | J | T | | | | | |
| 36. U.S. Bank - CD #3 (see VIII) (X) | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    or less    $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes        T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard* | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. U.S. Bank - CD #4 (see VIII) (X) | A | Interest | J | T | | | | | |
| 38. U.S. Bank - CD #5 (see VIII) (X) | A | Interest | J | T | | | | | |
| 39. Bank of Kirksville - CD #1 (see VIII) (X) | A | Interest | J | T | | | | | |
| 40. Bank of Kirksville - CD #2 (see VIII) (X) | A | Interest | J | T | | | | | |
| 41. Bank of Kirksville - CD #3 (see VIII) (X) | A | Interest | J | T | | | | | |
| 42. Bank of Kirksville - CD #4 (see VIII) (X) | A | Interest | J | T | | | | | |
| 43. Bank of Kirksville - CD #5 (see VIII) (X) | A | Interest | J | T | | | | | |
| 44. Franklin/Templeton Fund (see VIII) (X) | A | Dividend | K | T | | | | | |
| 45. Hartford Life Fund (see VIII) (X) | A | Dividend | K | T | | | | | |
| 46. American Balanced Fund C (see VIII) (X) | A | Dividend | K | T | | | | | |
| 47. 1/2 interest in real estate (see VIII) (X) | B | Inheritance | M | T | | | | | |
| 48. Distribution from Estate (see VIII) (X) | A | Inheritance | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Webber, E. Richard* | 5/8/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I:
In 1972, five individuals purchased rought land in Scotland County, Missouri, for a total price of $10,000 ($2,000 each). I have no active business participation in this real estate. I own an individual one-fifth interest in the bank account which has a balance of $2,388.83 as of 12/31/02.

I served as co-executor of the Estate of ▮▮▮▮▮▮▮▮ who died on February 7, 2003, without a fee. The estate has been closed.

Section VII:
Missouri Deferred Compensation, reported at line 17 in 2002, was a rollover to Federated Kaufmann small cap, line 29, in non-taxable event.

Lincoln Financial Group, reported on line 31. This is a rollover of the Kansas City Life Annuity reported in line 15 in 2002, a non-taxable event.

Lincoln Financial Group - American Legacy III - 1, reported at line 33. This is a rollover of one of the two Life Investor Annuities reported on line 4 in 2002, a non-taxable event.

Lincoln Financial Group - American Legacy III - 2, reported at line 34. This is a rollover of one of the two Life Investor Annuities reported at line 4 in 2002, a non-taxable event.

Lines 35-49 inclusive represent items inherited from ▮▮▮▮ estate - Date of Death, 02/07/03.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Webber, E. Richard* | 5/8/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur█████████████████████          Date _May 8, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:  ·

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544